## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Davisco Foods International, Inc.,

       Plaintiff,

    v.                                                                    **ORDER**
                                                                  Civil No. 06-5130 ADM/AJB

ABS Corporation,

       Defendant.

_____

Justin P. Weinberg, Esq., Gislason & Hunter LLP, New Ulm, MN, on behalf of Plaintiff.

Scott M. Rusert, Esq., Flynn, Gaskins & Bennett, L.L.P., Minneapolis, MN, on behalf of Defendant.

_____

      On March 14, 2007, oral argument before the undersigned United States District Judge was heard on Plaintiff ABS Corporation's Motion to Remand [Docket No. 5] to Le Sueur County District Court, State of Minnesota. For the reasons stated on the record at the hearing, Plaintiff's Motion is **GRANTED**. No fees are awarded.

                                                          BY THE COURT:


                                                            s/Ann D. Montgomery
                                                          ANN D. MONTGOMERY
                                                          U.S. DISTRICT JUDGE

Dated: March 14, 2007.